# TULLY
## LAW OFFICE, P.C.

1830 COMMERCE STREET   YORKTOWN HTS., NY 10598   TEL 914-245-0044   FAX 914-245-3464

June 16, 2025

Honorable Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   **Nelson Jiminez Ocampo v. Khalid Islam and Farhana Begum**
      7:24-cv-07563-KMK-VR

Your Honor:

I represent the plaintiff in the above-referenced action. Please accept this letter as a request for an extension of time for the submission of plaintiff's response to defendants' motion to dismiss, and for a corresponding extension of time for defendants to submit a reply.

Defendants filed a motion to dismiss on May 28, 2025 (ECF Doc. Nos. 16-19). On June 11, 2025, I filed an Affirmation in Opposition on behalf of the plaintiff, in accordance with Local Civil Rule 6.1. I intended to simultaneously file plaintiff's accompanying exhibits and memorandum of law but, unfortunately, I was not able to file those documents until two days later, on June 13, 2025. I did not anticipate the need for an extension prior to the filing deadline, and my regrettable delay was not wilfull or intentional.

Therefore, I respectfully request that the filing deadline for plaintiff's opposition to defendant's motion be extended by two days, retroactively, and that the documents filed on June 13, 2025 (ECF Doc. Nos. 21-22) therefore be deemed timely submitted. In addition, in order to mitigate any inconvenience to defense counsel, I further request that defendants' deadline to file reply papers be extended as well.

I thank the Court for its time and for its consideration of this request.

Sincerely,
*Tara A. Tully*
TARA A. TULLY

TT/

cc:   Michael E. Stern, Esq.
      Gallo Vitucci Klar LLP
      *Attorney for Defendants*

Granted.
So Ordered
6/16/25