**MEMO ENDORSED**

MICHAEL E. STERN
MSTERN@GVLAW.COM
GALLO VITUCCI KLAR LLP
3 University Plaza Drive, Suite 402
Hackensack, NJ 07601
201-343-1166 Phone
201-343-1223 Fax
*Attorney for Defendants*
KHALID ISLAM and FARHANA BEGUM
Our File No.: BHPK.2025003

| | |
|---|---|
| NELSON JIMINEZ OCAMPO,<br><br>Plaintiff,<br><br>v.<br><br>KHALID ISLAM AND FARHANA BEGUM,<br><br>Defendants. | **UNITED STATE DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK**<br><br>**DOCKET NO.: 7:24-cv-07563-KMK**<br><br>**CONSENT MOTION TO STAY DISCOVERY AND FOR RELIEF FROM THE DISCOVERY ORDER**<br><br>**Fed. R. Civ. P. 26(c)** |

NOW COME Defendants KHALID ISLAM and FARHANA BEGUM, by and through counsel, with the consent of Plaintiff NELSON JIMINEZ OCAMPO, and move the Court to stay discovery in this matter and grant the Parties relief from the Court's Discovery Order [ECF No. 13], pursuant to Fed. R. Civ. P. 26(c).

Dated: New York, New York
       October 22, 2025

So ordered. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 39.

*[signature]*

October 24, 2025

GALLO VITUCCI KLAR LLP

By:  /s/Michael E. Stern
      Michael E. Stern
      3 University Plaza Drive, Suite 402
      Hackensack, NJ 07601
      201-343-1166 Phone
      201-343-1223 Fax
      *Attorney for Defendants*
      KHALID ISLAM and FARHANA BEGUM
      Our File No.: BHPK.2025003